■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ABOY, Appellant. [873 NYS2d 487]—Order, Supreme Court, New York County (Renee A. White, J.), entered on or about January 23, 2008, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant did not establish special circumstances warranting a downward departure from his presumptive risk level (*see People v Guaman*, 8 AD3d 545 [2004]). The mitigating factors cited by defendant were generally taken into account by the

risk assessment instrument. Furthermore, defendant engaged in sex acts with a particularly vulnerable victim. Concur—Tom, J.P., Moskowitz, Renwick and Freedman, JJ.